**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 14, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00354-CV

---

## SWAPNIL AGARWAL & NITYA HOU I (AB), LLC, Appellants

### V.

## GAUTAM GOYAL, Appellee

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2020-52067**

---

### MEMORANDUM OPINION

This is an appeal from an order signed June 10, 2021. On September 3, 2021, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.